IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARRON VAN BETHEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:20-CV-222-RAH-CSC |
| KENNY HARDEN, *et al.,* | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

The Magistrate Judge entered his Report and Recommendation on February 8, 2023, (Doc. 59), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The Defendants' Motion to Dismiss and/or for Summary Judgment (Doc. 44) is GRANTED in favor of the Defendants;

3. This case is DISMISSED with prejudice;

4. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 7th day of March 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE